# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| STEVEN MORRIS, individually, and ) <br> STEVEN MORRIS as Surviving Spouse ) <br> of PATRICIA MORRIS, deceased, and ) <br> STEVEN MORRIS as the Administrator ) <br> of the Estate of PATRICIA MORRIS, ) <br>    ) <br> Plaintiff, ) <br>    ) <br> v. ) <br>    ) <br> HARLEY DAVIDSON MOTOR ) <br> COMPANY, and GOODYEAR DUNLOP ) <br> TIRES NORTH AMERICA, LTD., ) <br>    ) <br> Defendants. ) | CIVIL ACTION FILE <br><br> NO. 3:09-cv-74 (CDL) |

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Goodyear Dunlop Tires North America, Ltd. ("Goodyear Dunlop"), by its attorneys, Holland & Knight LLP, hereby certifies that it is an Ohio limited liability company and that The Goodyear Tire and Rubber Company is one of the members of that limited liability company.

Respectfully submitted this 20th day of July, 2009.

HOLLAND & KNIGHT LLP

*/s/ John M. Hamrick*
Alfred B. Adams III
Georgia Bar No. 002300
John M. Hamrick
Georgia Bar No. 322079

Suite 2000, One Atlantic Center
1201 West Peachtree Street, N.E.
Atlanta, Georgia 30309-3453
Phone: 404.817.8500
Fax: 404.881.0470
al.adams@hklaw.com
john.hamrick@hklaw.com

*Counsel for Defendant Goodyear Dunlop Tires North America, Ltd.*

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed with the Clerk of Court the within and foregoing **Rule 7.1 Statement** using the CM/ECF system, which will forward a copy to all parties of record as follows:

>mjw@warpoe.com
>dcd@warpoe.com
>jkrawcheck@wwhgd.com
>barnold@wwhgd.com

This 20th day of July, 2009.

>*/s/ John M. Hamrick*
>John M. Hamrick
>Georgia Bar No. 322079
>*Counsel for Defendant Goodyear Dunlop Tires North America, Ltd.*

HOLLAND & KNIGHT LLP
Suite 2000, One Atlantic Center
1201 West Peachtree Street, N.E.
Atlanta, Georgia 30309-3453
Phone: 404.817.8500
Fax:     404.881.0470
al.adams@hklaw.com
john.hamrick@hklaw.com

# 8718852_v1