**Subject: Morris v. Harley Davidson et al**
**Date:** Thursday, July 9, 2009 10:38 AM
**From:** Stan Grantham <Stan@Warpoe.com>
**To:** <al.adams@hklaw.com>, <john.hamrick@hklaw.com>, <barnold@wwhgd.com>, <seubanks@rumberger.com>, <jkrawcheck@wwhgd.com>
**Cc:** Michael Warshauer <mjw@Warpoe.com>, Douglas Dumont <dcd@warpoe.com>, Todd Reeves <todd@warpoe.com>
**Category:** Business

Counsel:

We anticipate that you may seek a confidentiality order in this case. To expedite matters, please forward your proposals, so as not to delay the taking of depositions, discovery requests, etc. once the process begins.
Thanks.

--
Stan W. Grantham
Sr. Paralegal
Warshauer Poe & Thornton, P.C.
3350 Riverwood Parkway
Suite 2000
Atlanta, GA 30339
404-892-4900
678-279-1415 direct
404-892-1020 fax