## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

| | | |
|---|---|---|
| STEVEN MORRIS, individually, and<br>STEVEN MORRIS as Surviving Spouse<br>of PATRICIA MORRIS, deceased, and<br>STEVEN MORRIS as the Administrator<br>of the Estate of PATRICIA MORRIS, | )<br>)<br>)<br>)<br>) | CIVIL ACTION FILE |
| | ) | |
| Plaintiff, | ) | NO. 3:09-cv-74 (CDL) |
| | ) | |
| v. | ) | |
| | ) | |
| HARLEY DAVIDSON MOTOR<br>COMPANY, and GOODYEAR DUNLOP<br>TIRES NORTH AMERICA, LTD., | )<br>)<br>) | |
| | ) | |
| Defendants. | ) | |

## ATTORNEY-CONSULTANT'S CERTIFICATE

The undersigned states subject to the penalties for perjury:

1.     I am a licensed attorney-at-law in the State of _____, and I

have been retained by Plaintiff in this litigation or by Plaintiff's counsel of record

to offer analysis or advice as a consulting expert pursuant to Federal Rule of Civil

Procedure 26(b)(4)(B).

**EXHIBIT C** ~

Goodyear Dunlop

2.  I hereby certify that I have not been retained by Plaintiff or his counsel of record to act as Plaintiff's attorney or as co-counsel for Plaintiff in this case or otherwise as Plaintiff's attorney.

3.  I hereby waive and disclaim any assertion of attorney-client privilege and attorney work product privilege as counsel for Plaintiff in this case for any communications I may have in this case and any work that I may do in this case. I also acknowledge that Plaintiff in this case has, by his signature below, also waived any attorney-client privilege or attorney work product privilege for communications I may have in this case or work I may do in this case.

4.  I have been furnished a copy of the Protective Order entered in this case restricting the use of Confidential Information of Goodyear Dunlop.

5.  I promise to abide by the Protective Order with respect to Confidential information furnished to me in this litigation. While I may review documents subject to the Protective Order in this case, I will not retain copies of any such documents or notes made about any such documents in this case

6.  As a condition to review of documents and other information marked Confidential in this litigation, I consent to personal jurisdiction over me in the United States District Court, Middle District of Georgia, solely for the purpose of enforcing the Protective Order.

Signed:_____

Signed this _____ day of _____, 20__.

_____
Print Name

_____
Address

_____
City, state, zip code

THE UNDERSIGNED, PLAINTIFF IN THIS ACTION, HEREBY WAIVES AND GIVES UP ANY CLAIM OF ATTORNEY-CLIENT PRIVILEGE OR ATTORNEY WORK PRODUCT PRIVILEGE WITH RESPECT TO THE WORK OF THE ABOVE-NAMED ATTORNEY-CONSULTANT IN THIS CASE AND AGREES THAT NO SUCH PRIVILEGE ASSERTION WILL BE MADE BY ME OR IN MY BEHALF IN THE FUTURE:

THIS _____ DAY OF _____, 2010.

_____
STEVEN MORRIS