

Darl H. Champion, Jr.
Douglas C. Dumont
Trent Shuping
Lyle Griffin Warshauer*
Michael J. Warshauer**

*also admitted in AL & TN
**also admitted in TN

Suite 2000
3350 Riverwood Parkway
Atlanta, Georgia 30339-3372
**Toll Free:** 1.888.879.7300
**Telephone:** 404.892.4900
**Fax:** 404.892.1020
**warlawgroup.com**

WARSHAUER LAW GROUP
TRIAL LAWYERS

September 28, 2010

Honorable Clay D. Land
Judge, United States District Court
Middle District of Georgia
Athens Division
115 East Hancock Avenue
Athens, GA 30601

RE: Morris v. Harley et al
CA File No. 3:09-CV-74-CDL
U.S. District Court-Middle District of Georgia

Dear Judge Land:

This is to inform the Court that Plaintiff has reached a resolution with one of the Defendants, Harley Davidson Motor Company. A Stipulation of Dismissal will be forthcoming.

Should you have any questions, please feel free to contact me at (404) 892-4900.

Sincerely,

Michael J. Warshauer

MJW/swg

cc: Ernest H. Eubanks, Esq., Steven I. Klein, Esq.
Johnathan T. Krawcheck, Esq., Brannon J. Arnold, Esq.
Alfred B. Adams, III, Esq., John M. Hamrick, Esq.
Thomas C. Trent, Esq.