# Holland & Knight

1201 West Peachtree Street, Suite 2000 | Atlanta, GA 30309 | T 404.817.8500 | F 404.881.0470
Holland & Knight LLP | www.hklaw.com

Alfred B. Adams III
404.898.8117
al.adams@hklaw.com

*VIA ELECTRONIC FILING*

September 30, 2010

The Honorable Clay D. Land
Judge, United States District Court
Middle District of Georgia
Athens Division
115 East Hancock Avenue
Athens, GA   30601

> Re:   *Steven Morris, Individually and Steven Morris as Surviving Spouse of Patricia Morris, deceased, et al. v. Harley Davidson Motor Company and Goodyear Dunlop Tires North America, Ltd.*; United States District Court for the Middle District of Georgia; Case No. 3:09-cv-00074-CDL

Dear Judge Land:

We are in receipt of Mr. Warshauer's letter of September 28, 2010, concerning Plaintiff's settlement with Harley Davidson. Please be advised that serious settlement negotiations have been conducted between Plaintiff and Goodyear Dunlop as well, and substantial progress made towards a settlement as well. On behalf of Goodyear Dunlop, we are amenable to a settlement conference with either a mediator or with the U.S. Magistrate, should the Court so direct.

Respectfully submitted,

HOLLAND & KNIGHT LLP

Alfred B. Adams III

cc:  Michael Warshauer, Esq.